UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAHEIM ANTONIO CRUZ,

           Plaintiff,

-v-

FRANK BISIGNANO, Commissioner of Social Security,

           Defendant.

CIVIL ACTION NO. 25 Civ. 7374 (AS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Standing Order staying certain civil cases pending the restoration of Department of Justice funding (Dkt. No. 7) and the government shutdown having ended as of November 12, 2025, the stay in this case is LIFTED. Accordingly, the parties are directed to adhere to the following deadlines:

- Commissioner shall file the certified administrative record by **January 27, 2026**;
- Plaintiff shall file his motion for judgment on the pleadings (the "Motion") by **February 26, 2026**;
- Commissioner shall respond to the Motion by **March 30, 2026**;
- Plaintiff shall file his reply in further support of the Motion by **April 13, 2026**.

Dated:    New York, New York
           November 18, 2025            SO ORDERED.

                                                                 */s/ Sarah L. Cave*
                                                                 **SARAH L. CAVE**
                                                                 **United States Magistrate Judge**