

JOHN W. DEHAAN, ESQ.
WWW.DEHAAN-LAW.COM

**The DeHaan Law Firm** P.C.

Mail: P.O. Box 5248 ▪ Hauppauge, New York 11788 ▪ 631.582.1200
Office: 746 Merrick Road ▪ Baldwin, New York 11510

> Plaintiff's amended request at Dkt. No. 11 is **GRANTED**. Plaintiff's deadline to file his motion for judgment on the pleadings (the "Motion") is **EXTENDED** to **May 18, 2026**. The Commissioner's deadline to file his response to the Motion is **EXTENDED** to **August 7, 2026**. Plaintiff's deadline to file his reply is **EXTENDED** to **August 21, 2026**. The Court warns the parties that they should not expect any further extensions.
>
> The Clerk of Court is respectfully directed to close Dkt. Nos. 10 and 11.
>
> SO ORDERED.    February 10, 2026
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

February 10, 2026

**<u>Via ECF</u>**
Hon. Sarah L. Cave, U.S. Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Re:    Cruz v. Bisignano, Comm'r of Soc. Sec.**
> **<u>Docket No.: 1:25-CV-07374-AS-SLC</u>**

Dear Magistrate Judge Cave:

I represent the plaintiff, Raheim Cruz, in the above-referenced matter seeking review of the Commissioner's denial of Social Security disability benefits. Padma Ghatage from the Office of General Counsel represents the Commissioner.

I write to correct my earlier request (ECF 10) for an adjournment of the briefing schedule in this case, as there had been a miscommunication between Ms. Ghatage and myself. Specifically, I misunderstood what date she wanted me to request for the Commissioner's brief. The new dates are reflected below:

|  | Current Deadline | **New Deadline** |
|---|---|---|
| Plaintiff to Serve Motion | February 26, 2026 | **May 18, 2026** |
| Defendant to Serve Opposition | March 28, 2026 | **August 7, 2026** |
| Plaintiff to Serve Reply | April 13, 2026 | **August 21, 2026** |

As previously stated, I make this request because the Government Shutdown resulted in a multitude of conflicting deadlines in multiple cases in the months of February and March. Coupled with me being out of town next week, it is impossible to meet the current deadline. The deadlines in this case were extended under the Standing Order related to said Shutdown, but there have been no other requests for adjournments.

I apologize for the confusion. Thank you for Your Honor's consideration of this request.

> Respectfully submitted,
> **THE DEHAAN LAW FIRM P.C.**
> By:    /s/ *John W. DeHaan*
> John W. DeHaan, Esq.
> jdehaan@dehaan-law.com

cc:    Padma Ghatage, OGC (Via ECF)