UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAHEIM ANTONIO CRUZ,

Plaintiff,

-v-

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

CIVIL ACTION NO. 25 Civ. 7374 (AS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 9, 2025, the Honorable Arun Subramanian ordered the parties to meet and confer regarding "whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge" in an effort "[t]o conserve resources, to promote judicial efficiency, and [] to achieve a faster disposition of this matter[.]" (Dkt. No. 4). On September 10, 2025, Defendant the Commissioner of Social Security (the "Commissioner") filed a letter stating that "the parties do not consent" to conducting all further proceedings before the assigned Magistrate Judge. (Dkt. No. 5 (the "Letter")). One day later, on September 11, 2025, Judge Subramanian referred this case to the undersigned for social security. (Dkt. No. 6). Since then, the Commissioner has filed the certified administrative record (Dkt. No. 9), Plaintiff has filed his brief (Dkt. Nos. 15–16), the Commissioner has filed his brief (Dkt. No. 18), and Plaintiff has filed his reply (Dkt. No. 19).

Given that more than one year has passed since the Commissioner filed the Letter, to conserve resources, to promote judicial efficiency, and to achieve a faster disposition of this matter, the parties are **ORDERED** to meet and confer again concerning whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the

undersigned. By **October 1, 2026**, the parties shall either: (i) file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge); or (ii) file a letter advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent. There will be no adverse consequences if the parties do not consent to proceed before the undersigned.

Dated: New York, New York
September 17, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**